IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGELA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 5:22-cv-1210-OLG |
| JMCR LINCOLN HEIGHTS, LLC, | ) | |
| d/b/a LINCOLN HEIGHTS, | ) | |
| | ) | |
| Defendant(s). | ) | |

## JOINT NOTICE OF SETTLEMENT

The Parties, hereby jointly and respectfully provide this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and/or prepare and file dismissal papers with the Court.

Dated: July 10, 2023.

Respectfully submitted,

/s/  Dennis R. Kurz
Dennis R. Kurz
*Attorney-in-Charge for Plaintiff*
Texas State Bar ID No. 24068183
KURZ LAW GROUP, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339

Tele: (404) 805-2494
Fax: (770) 428-5356
Email: dennis@kurzlawgroup.com
ATTORNEYS FOR PLAINTIFF

/s/  P. Brook Swilley, Esq.
P. Brook Swilley
*Attorney-in-Charge for Defendant*
Law Offices of Connie Squires
Employees of Zurich American Insurance
Company
Tele: (713) 426-6114
brook.swilley@zurichna.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically to the Clerk of the Court using CM/ECF/system on July 10, 2023.

P. Brook Swilley, Esq.
Law Offices of Connie Squires
Employees of Zurich American Insurance Company
brook.swilley@zurichna.com
*Attorney-in-Charge for Defendant*

/s/  Dennis R. Kurz
Dennis R. Kurz, Esq.
Texas Bar No. 24068183